# Affidavit of Process Server

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| SPINNAKER EQUIPMENT SERVICES, INC. | VS | PAN OCEAN CONTAINER SUPPLIES CO., LTD., ET AL. | 1:25-CV-00342-UNA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 03/20/2025

**Service:** I served CONTAINER APPLICATIONS LIMITED, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) COVER LETTER DATED MARCH 20, 2025; WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES At (MANAGING AGENT EMPLOYED BY REGISTERED AGENT)

☒ **Business** 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS                                      CITY / STATE

On 03/20/2025 AT 12:15 PM
DATE                             TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME                DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME    DATE TIME    DATE TIME

Age 55  Sex FEMALE  Race WHITE  Height 5'5  Weight 150  HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 20TH day of MARCH, 2025.

SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS